IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALBERT J. ANDERSON** | **CIVIL ACTION NO.:** |
| **Plaintiff** | **3:17-cv-00597-BAJ-RLB** |
| -vs.- | |
| **ALLSTATE INSURANCE COMPANY,** | |
| **Defendant** | |

**CONSOLIDATED WITH:**

| | |
|---|---|
| **JENI NELSON** | **CAUSE NO. 3:17-cv-01031-BAJ-RLB** |
| **Plaintiffs,** | |
| -vs.- | |
| **ALLSTATE INSURANCE COMPANY,** | **JOINT STIPULATION OF DISMISSAL** |
| **Defendant** | |

      **COME NOW** the Plaintiff, Jeni Nelson, and Defendant, Allstate Insurance Company, by and through their counsel of record, and stipulate that this matter be dismissed with prejudice, with each of the parties to bear their own costs.

1

Respectfully submitted, this the 2nd day of April 2018.

        BY:    */s/ Rajan Pandit*
                  RAJAN PANDIT, Bar No. 32215
                  JASON M. BAER, Bar No. 31609
                  CASEY C. DEREUS, Bar No. 37096
                  701 Poydras Street, Suite 3950 New Orleans, LA 70139
                  (504) 313-3820 (F)
                  (504) 313-3800 (T)
                  ***Attorneys for Plaintiff***


                  */s/ Jim Letten.*
                  JIM LETTEN (BPR #14289)
                  BUTLER, SNOW LLP
                  201 St. Charles Avenue
                  Suite 2700
                  New Orleans, LA 70170
                  (504) 299-7777 (T)
                  (504) 299-7701 (F)

                  MIKE BEERS (*Pro Hac Vice*)
                  BUTLER, SNOW LLP
                  250 Commerce Street
                  Suite 100
                  Montgomery, AL 36104
                  (334) 832-2900 (T)
                  (334) 832-2901 (F)

                  PATRICK T. BERGIN (*Pro Hac Vice*)
                  BUTLER, SNOW LLP
                  1300 2th Avenue
                  Suite 204
                  Gulfport, MS 39501
                  (228) 575-3000 (T)
                  (228) 868-1531 (F)

                  ***Attorneys for Allstate Insurance Company***

41287096v1